IN THE UNITED STATES DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PRUDENCIA FRAYSAVAGE,

    Plaintiff,

v.                                                    Case No. 3:13-cv-1476-J-32JRK

CONSOLIDATED CITY OF JACKSONVILLE,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

    The parties, by and through the undersigned counsel, and in accord with Local Rule 3.08, Middle District of Florida, Jacksonville Division, hereby give notice to the Court that the parties in the above styled action have reached a tentative settlement of Plaintiff's claims, and await the necessary authorization by the appropriate government officials, pursuant to Section 112.307, Municipal Ordinance. The undersigned jointly request that the instant matter remain open administratively until such authorization is provided and settlement payments are received by the Plaintiff. The parties anticipate this process should take no more than one hundred twenty (120) days from the date of this notice. Upon receipt of authorization and Plaintiff's receipt of settlement funds, the parties shall file a Joint Stipulation for Dismissal with Prejudice.

                                                      Respectfully submitted,

| | |
|---|---|
| Fortune Law Offices | Office of General Counsel |
| /s/ Scott Thomas Fortune | /s/ Derrel Q. Chatmon |
| SCOTT THOMAS FORTUNE | Derrel Q. Chatmon |
| Florida Bar No. 34281 | Lead Trial Attorney |
| 1807 3RD Street North | Senior Assistant General Counsel |
| Jacksonville Beach, Florida 32250 | Florida Bar No.: 0115347 |
| (904) 246-2125 | Adina Teodorescu |
| Trial Counsel for Plaintiff | Florida Bar No.: 0784761 |

        117 West Duval Street, Suite 480
        Jacksonville, Florida 32202
        (904) 630-1719 telephone
        (904) 630-1316 facsimile
        Email: dchatmon@coj.net
        Email: Teodores@coj.net
        Attorneys for the City of Jacksonville