# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PRUDENCIA FRAYSAVAGE,

    Plaintiff,

vs.                                    Case No. 3:13-cv-1476-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,

    Defendant.

## ORDER

The Court has been advised that this case has been settled (Doc. 95). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **April 2, 2018** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **April 2, 2018** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. The file will remain administratively closed while the parties finalize their settlement.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of January, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
Counsel of Record